1900.) Action by Johannes Schroeder against John M. Young. No opinion. Motion denied, with $10 costs. See 63 N. Y. Supp. 110.

SCHWALBACH et al., Respondents, v. COMMERCIAL ADVERTISER ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Alex. Schwalbach and others against the Commercial Advertiser Association. No opinion. Judgment of the municipal court affirmed on argument, with costs.

SCHWARTZ, Respondent, v. BRUCATO, Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) Action by Evangeline Schwartz against Nellie Brucato. No opinion. Application granted, on condition that service of the notice of appeal be made upon the respondent within 10 days from the date of this decision.

SCHWARZ, Respondent, v. SUPREME LODGE KNIGHTS & LADIES OF HONOR, Appellant. (Supreme Court, Appellate Term. March 16, 1900.) Action by Magdalena Schwarz against the Supreme Lodge Knights and Ladies of Honor. From a judgment in favor of plaintiff (61 N. Y. Supp. 1147), defendant appeals. Affirmed. Henry F. Lippold, for appellant. Roesch & Steiner, for respondent.

PER CURIAM. Judgment affirmed, with costs.

In re SCOTT. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) In the matter of the application of Roberts Scott for an order revoking the liquor-tax certificate of Frank J. Oppenheimer. No opinion. Order affirmed, with $10 costs and disbursements.

SEABOARD NAT. BANK, Appellant, v. WEED, Respondent. (Supreme Court, Appellate Division, First Department. April 2, 1900.) Action by the Seaboard National Bank against Smith M. Weed. H. Aaron, for appellant. H. C. Quimby, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SEITZ, Respondent, v. ELY, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Louis F. Seitz against Joseph N. Ely. No opinion. Judgment of the municipal court affirmed on argument, with costs.

SHARMAN, Appellant, v. MORNING JOURNAL ASS'N, Respondent. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) Action by Mary Sharman against the Morning Journal Association. No opinion. Judgment affirmed, with costs.

SHEA, Appellant, v. GREAT CAMP OF KNIGHTS OF MACCABEES FOR NEW YORK, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) Action by Michael H. Shea, as administrator, etc., against Great Camp of the Knights of the Maccabees for New York. No opinion. Judgment and order affirmed, with costs. See 53 N. Y. Supp. 1114.

In re SHEPARD. (Supreme Court, Appellate Division, First Department. March 9, 1900.) In the matter of George E. Shepard. No opinion. Motion granted, with $10 costs.

SHERRY v. METROPOLITAN ST. RY. CO. O'KEEFE v. SAME. (Supreme Court, Appellate Term. March 5, 1900.) Actions by James Sherry and Richard T. J. O'Keefe against the Metropolitan Street-Railway Company. From judgments in favor of plaintiffs, defendant appeals. Affirmed.

PER CURIAM. The judgment of the justice is sustained by the weight of the evidence. The exception to the question, "What, if anything, did you hear, at the time, that the tender was about crossing, or attempting to cross, the north-bound track?" was not well taken. Judgment affirmed, with costs.

SHERWOOD, Appellant, v. McCABE et al., Respondents. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by William Sherwood, as receiver, against James McCabe and others. R. J. Robeson, for appellant. E. J. Myers, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SIMON, Respondent, v. REESE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 21, 1900.) Action by Mary Simon against William H. Reese, as sheriff, etc. No opinion. Judgment and order affirmed, with costs. All concur, except ADAMS, P. J., who dissents.

SMITH, Respondent, v. CRONIN, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Helen Morse Smith against Jeremiah J. Cronin. No opinion. Judgment of the municipal court affirmed on argument, with costs.

SMITH, Appellant, v. FIRTH et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Mary Smith against Christopher C. Firth and others. No opinion. Reargument ordered. Case restored to the calendar for Monday, March 26, 1900, unless the parties otherwise stipulate.

SMITH, Respondent, v. YAXLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) Action by Luke Smith against Edward Yaxley.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide the event, and the plaintiff required, within 20 days after the service of a copy of this order, to serve a bill of particulars specifying the time and place at which it is claimed the slanderous words were spoken, and also to give the name of at least one person present on such occasion.

SOCIALISTIC CO-OP. PUB. ASS'N v. KUHN et al. (Supreme Court, Appellate Divi-